```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA        :

        -against-               :       ORDER

AWAIS CHUDHARY                  :       19-mj-778

        Defendant.              :

-------------------------------X
```

Upon application of the defendant Awais Chudhary through Samuel Jacobson, Esq., of the Federal Defenders of New York,

It is hereby ORDERED:

That the United States Marshals Service permit Awais Chudhary transportation with four packages of orthodontic "Rabbit" rubber bands in their original packaging from his orthodontist from the Eastern District Courthouse back to the Metropolitan Detention Center following his court appearance on December 11th, 2019.

DATED:   December 11th, 2019
         Brooklyn, New York

                                    Hon. Robert Levy
                                    United States Magistrate Judge
                                    Eastern District of New York