## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   James Orenstein        DATE:   1/29/20

DOCKET NUMBER:   19-778M        LOG #:   2:37 - 2:40

DEFENDANT'S NAME:   Awais Chudhary
✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Samuel Jacobson
✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   Jonathan Algor        CLERK:   Felix Chin

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Application for an order of excludable delay denied by the court.